AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Nancy A. Heuer, individually and as Successor Trustee of the William E. Heuer, Sr. and Anita Heuer Trust dated 06/06/2001,

Plaintiff,

V.

BMO Harris Bank, N.A., a national banking association; and Dovenmuehle Mortgage, Inc., d/b/a DMI, a Delaware corporation,

Defendants.

CASE NUMBER: 1:23-cv-06153

ASSIGNED JUDGE: Honorable Jeremy C. Daniel

DESIGNATED
MAGISTRATE JUDGE: Honorable Jeffrey Cole

TO: (Name and address of Defendant)

BMO Harris Bank, N.A., a national banking association
320 S. Canal Street
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nick Wooten
DC LAW, PLLC
1012 West Anderson Lane
Austin, Texas 78757

Adam J. Feuer
Majdi Hijazin
DC LAW, PLLC
20 North Clark Street, Suite 3300
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Maureen Kennedy* (signature)

(By) DEPUTY CLERK



August 28, 2023

DATE

Civil Action No. 1:23-cv-06153

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>BMO Harris Bank, N.A., a national banking association</u> was received by me on *(date)* <u>Aug 28, 2023, 4:42 am</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Jake Rynkienwick</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>BMO Harris Bank, N.A., a national banking association</u> on *(date)* <u>Wed, Aug 30 2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 08/31/2023

*Server's signature*

Kyle Clutter 115-002370

*Printed name and title*

333 S Wabash Ave Suite 2700, Chicago, IL 60604

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 30, 2023, 12:29 pm CDT at Company: 320 S Canal St, Chicago, IL 60606 received by Jake Rynkienwick. Relationship: Banker;